MICHELE BECKWITH
Acting United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2762
Facsimile: (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, and STATE OF CALIFORNIA, *ex rel.* JACOB PANOWICZ,<br><br>Plaintiffs,<br><br>v.<br><br>CHARTER HEALTH HOLDINGS, INC., CHARTER HEALTHCARE GROUP LLC, CHARTER HOME HEALTH OF THE DESERT LLC, and STEVE LARKIN,<br><br>Defendants. | CASE NO: 2:23-cv-702-CKD<br><br>[PROPOSED] ORDER ON THE UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION |
|---|---|

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that

1. the complaint be unsealed and served upon the defendants by the relator;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and The United States' Notice of Election to Decline Intervention, which the relators will serve upon the defendants only after service of the complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting

memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

    5. the parties shall serve all notices of appeal upon the United States;

    6. all orders of this Court shall be sent to the United States; and that

    7. should the relators or the defendant(s) propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

Dated: June 23, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, pano23cv0702.decl

[~~PROPOSED~~] ORDER ON THE UNITED STATES' NOTICE
OF ELECTION TO DECLINE INTERVENTION     2