ROB BONTA
Attorney General of California
JENNIFER EULER
Chief Assistant Attorney General
NICHOLAS N. PAUL
Senior Assistant Attorney General
JENNIFER S. GREGORY
Supervising Deputy Attorney General
MITCHELL NEUMEISTER
Deputy Attorney General
    2329 Gateway Oaks Dr., Ste. 200
    Sacramento, CA 95833
    Telephone: 916-621-1816
    E-mail: mitchell.neumeister@doj.ca.gov

*Attorneys for the State of California*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and STATE OF CALIFORNIA, ex rel. JACOB PANOWICZ,<br><br>Plaintiffs,<br>v.<br><br>CHARTER HEALTH HOLDINGS, INC., CHARTER HEALTHCARE GROUP LLC, CHARTER HOME HEALTH OF THE DESERT LLC, and STEVE LARKIN,<br><br>Defendants. | CASE NO. 2:23-CV-702-CKD<br><br>[~~PROPOSED~~] **ORDER RE: STATE OF CALIFORNIA'S NOTICE OF ELECTION TO DECLINE INTERVENTION** |

    The State of California ("California") having notified the Court of its decision not to intervene in this action pursuant to the California False Claims Act, the Court rules as follows:

    IT IS ORDERED that:

    1.    In the event Relator or Defendant proposes this action be dismissed, settled, or otherwise discontinued as to California, this Court directs and orders Relator to solicit and submit to the Court the written consent of California before filing such proposal so that the Court may consider said consent before ruling or granting its approval;

2. The parties shall serve all pleadings, motions, memoranda, proposed orders, and notices filed in this action upon California in accordance with the California False Claims Act;

3. California may order any deposition transcripts in this action;

4. California, for good cause, may at any time intervene in this action;

5. California reserves its right to seek dismissal of Relator's action or claim;

6. California be served with all notices of appeal;

7. Only the *qui* tam complaint, California's Notice of Election to Decline Intervention, this Order, and documents expressly identified in the [Proposed] Order on the United States' Notice of Election to Decline Intervention shall be unsealed and served upon the Defendants by relator only after service of the complaint; and

8. All orders of this Court shall be sent to California by relator's counsel.

**IT IS SO ORDERED.**

Dated:  June 23, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, pano23cv0702.decl.ca